IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SENIOR CARE, INC. d/b/a
OAKDALE NURSING HOME                                                          PLAINTIFF

VS.                                          NO. 4:06CV01409

MICHAEL O. LEAVITT, in his capacity
as Secretary of the United States Department of
Health and Human Services; and JOHN SELIG,
in his official capacity as Director of the Arkansas
Department of Health and Human Services                                      DEFENDANTS

## ORDER

Pursuant to the Plaintiff's motion for voluntary nonsuit, (docket # 11), Plaintiff's Complaint is hereby dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 19th day of October, 2006.

_____
James M. Moody
United States District Judge